IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PEDRAZA
Plaintiff(s)

v.

Commonwealth of Puerto Rico
Defendant(s)

Civil No. 96-2302 (SEC)

RECEIVED & FILED
99 NOV -3 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 10/5/99   DOCKET #: 57   TITLE: Motion Requesting Leave to Withdraw as Attorney of Record

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

November 1st, 1999
DATE

SALVADOR E. CASELLAS
United States District Judge

