IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: June 27, 2000

| | |
|---|---|
| DAVID BRAVO PERAZZA | |
| Plaintiff | |
| vs. | CIVIL NO. 96-2302 (SEC) |
| COMMONWEALTH OF PUERTO RICO, et al | |
| Defendants | |

Upon plaintiff's request (**#59**) and By Order of the Court, **a Pretrial/Settlement Conference** is hereby set for **July 13, 2000 at 2:00 p.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk