UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**               DATE: July 12, 2000

DAVID BRAVO PERAZZA            *
                               *
                               *
       Plaintiff               *
                               *
                               *
vs.                            *      CRIM NO.  96-2302 (SEC)
                               *
                               *
COMMONWEALTH OF PUERTO RICO,   *
et al                          *
                               *
       Defendants              *

   Upon counsel for plaintiff's request and by Order of the Court, **Pretrial/Settlement Conference set for July 13, 2000 is hereby reset for July 20, 2000 at 2:30 p.m.**

   This proceeding will be held before Hon. Salvador E. Casellas.

                                        _____
                                        COURTROOM DEPUTY CLERK

Notifed by phone