UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS

HONORABLE SALVADOR E. CASELLAS
CRIMINAL CASE NO: 96-2302                                    DATE: July 20, 2000

| | |
|---|---|
| **DAVID BRAVO PERAZZA**<br>Plaintiff | Attorneys:<br><br>Vilma María Dapena, Esq. |
| v. | |
| **THE COMMONWEALTH OF PUERTO RICO, et al.**<br>Defendants | Joanne Pardo Mázquez,<br>Deborah Drahus de Castro, Esqs. |

A status conference was held in chambers today. The parties were represented by counsel. The case was discussed. Particularly, the Court addressed the present state of flux in the law regarding whether Congress validly abrogated the states' Eleventh Amendment Immunity when in enacted the American with Disabilities Act, and the case currently pending before the Supreme Court on this issue (<u>University of Ala. at Birmingham Bd. of Trustees v. Garrett</u>, 120 S.Ct. 1669 (2000)).

Taking this and plaintiff's health into consideration, the Court suggested that the parties meet to discuss settlement, and file and informative motion in this regard no later than **August 21, 2000**.

A settlement conference was set for **September 5, 2000**, at **4:30 p.m.**

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

