IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: August 29, 2000

DAVID BRAVO PERAZZA

  Plaintiff

vs.           CIVIL NO. 96-2302 (SEC)

COMMONWEALTH OF PUERTO RICO,
et al

  Defendants

******************************

  Upon counsel for plaintiff's request and by Order of the Court, **Settlement Conference** set for **September 5, 2000 at 4:00 will be held at 5:30 p.m. instead of 4:00 p.m.**

  This proceeding will be held before Honorable Salvador E. Casellas.

            Kim Flores
            Courtroom Deputy Clerk

Notified by phone

