IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: August 31, 2000

DAVID BRAVO PERAZZA       *
                          *
    Plaintiff             *
                          *
vs.                       *       CIVIL NO. 96-2302 (SEC)
                          *
COMMONWEALTH OF PUERTO RICO, *
et al                     *
                          *
    Defendants            *
                          *
******************************

Upon defendant's request (#63) and By Order of the Court, **Settlement Conference** set for **September 5, 2000 is hereby reset for September 6, 2000 at 5:30 p.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

