UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS
CIVIL CASE NO: 96-2302                                   DATE: September 6, 2000

| | |
|---|---|
| **DAVID BRAVO PERAZZA**<br>Plaintiff<br><br>v.<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al.**<br>Defendants | Attorneys:<br><br>Vilma María Dapena, Esq.<br><br><br>José R. Gastambide,<br>Joanne Pardo Mázquez,<br>Deborah Drahus de Castro, Esqs. |

A settlement conference was held in chambers today. The parties were represented by counsel. The case was discussed.

The Court set a further settlement conference for **October 5, 2000**, at **5:00** p.m.

/s/ SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE