IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVID BRAVO PERAZZA | |
| Plaintiff | Civil No. 96-2302(SEC) |
| v. | |
| COMMONWEALTH OF PUERTO RICO, et al. | |
| Defendants | |

## ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25TH day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge