UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO. CIVIL 96-2302 (JAG)

================================================================

DAVID BRAVO PERAZZA                         Attorneys:
                                            For Plaintiffs:

    VS
                                            For Defendant:
COMMONWEALTH OF PUERTO
RICO


================================================================

By Order of the Court a status conference in the above-mentioned case set for October 5, 2000 is hereby reset for **Monday, October 16, 2000 at 4:30 PM before Judge Garcia Gregory.**

Parties to be notified.

                                        _____
                                              LILY ALICEA
                                          COURTROOM DEPUTY

