UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                           DATE: OCTOBER 17, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIVIL 96-2302 (JAG)**
==================================================================
DAVID BRAVO PERAZZA                    Attorneys:
                                       For Plantiff: VILMA
                                       DAPENA
            VS

COMMONWEALTH OF P.R.                   For Defendant:
                                       JOSE GAZTAMBIDE
                                       JOANNE PARDO MARQUEZ
                                       DEBORAH DRAHUS DE CASTRO
==================================================================

Case called for status conference. Parties theory stated. Attorney Joanne Pardo Marquez notifies to the Court that they are receiving notifications in this case.

Court is informed that some depositions were taken in the case but that unfortunately the Nortesa Reporters have not supplied them with the transcripts of the same. They request that the Court issue an order to Nortesa to deliver the transcript of the depositions. Court grants the request and will issue an order to that effect.

Defendant will have thirty days after the transcript of the depositions are delivered to supplement their motion for summary judgment and plaintiff will have thirty days thereafter to reply.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy