IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA           *
                                              CIVIL NO. 96-2302 (JAG)
Plaintiff                     *

vs.                           *

COMMONWEALTH OF P.R.          *

Defendant                     *

* * * * * * * * * * * * * *

## ORDER

Pursuant to the parties' information during the status conference held on October 17, 2000, the Court hereby **ORDERS** Nortesa Reporters, located in Bayamón, Puerto Rico, to submit, within the term of ten (10) days after notice of this Order, the transcripts of the depositions conducted during the months of February and March 1999 of the above captioned case. Specifically, the depositions which are being required are the ones taken to defendants Sonia Nogueras and Jose Santana.

The transcripts should be delivered to this Court within the term specified above. Violation of this Order may result in contempt of Court.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of October, 2000.

JAY A. GARCIA GREGORY
United States District Judge