UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/22/00<br>**Title:** Motion Requesting Leave to Withdraw as Attorney of Record<br>**Docket(s):** 74<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: January 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge