

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

    **Plaintiff(s)**

    v.                      **CIVIL NUMBER:** 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/20/01<br>**Title:** Plaintiff's Request for Extension of Time to File Opposition to Defendant's Supplementary Motion<br>**Docket(s):** 77<br>[x] **Plff(s)**  [ ] Dft(s)  [ ] Other | **GRANTED.** The Court grants plaintiff an extension of time to file an opposition to defendant's supplementary motion. The extension of time shall expire Monday, March 26, 2001. |

**Date:** March 15, 2001                JAY A. GARCIA-GREGORY
                                                  U.S. District Judge

