UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

    **Plaintiff(s)**

        v.            **CIVIL NUMBER:** 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/27/01<br>**Title:** Motion of Withdrawal of Counsel<br>**Docket(s):** 80<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **GRANTED** as requested. |

**Date:** April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

