### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

    **Plaintiff(s)**

        **v.**                    **CIVIL NO.**  96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

    **Defendant(s)**

### ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo Gelpí, Jr. for

a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge



