IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

Plaintiff

CIVIL NO. 96-2302 (JAG)

v.

COMMONWEALTH OF PUERTO RICO,
et al

Defendants

## ORDER

The undersigned magistrate judge recuses himself in this case. The clerk of the court is to proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of July, 2001.

GUSTAVO A. GELPÍ
United States Magistrate Judge