## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Motion for Leave to Resign as Legal Counsel<br>**Docket(s):** 88<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** New counsel from the Puerto Rico Department of Justice's Federal Litigation Division shall enter an appearance by September 17, 2001. |

**Date:** September 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge