UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

    Plaintiff(s)

    v.                                  CIVIL NUMBER: 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/09/01<br>**Title:** Notice of Appearance<br>**Docket(s):** 90<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **NOTED.** Future notices, mailings, orders, etc. shall be sent to new appearing counsel for defendants. |

Date: November 8, 2001                JAY A. GARCIA-GREGORY
                                                    U.S. District Judge

s/cs:to ( )
attys/pts
in ICMS