UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED & FILED
'02 JUN 14  AM 10: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DAVID BRAVO PERAZZA

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/07/02<br>**Title:** Motion for Extension of Time<br>**Docket(s):** 94<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | GRANTED until July 2, 2002. Plaintiff shall hand-deliver to Chambers a courtesy copy of his Objections on the same date he files them. |

**Date:** June 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge