UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID BRAVO PERAZZA

   Plaintiff(s)

v.                                   CIVIL NO.  96-2302 (JAG)

COMMONWEALTH OF PUERTO RICO, et al

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 07/02/02<br>Title: Motion for Final Extension of Time to File Objections to Report and Recommendation<br>Docket(s): 96<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | **GRANTED.** Plaintiff shall deliver to Chambers a courtesy copy of his objections on the same date they are filed. **No further extensions shall be granted.** |

Date: July 8, 2002                         JAY A. GARCIA-GREGORY
                                                      U.S. District Judge

