IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

David Bravo Perazza,

    **Plaintiff**

        v.                    CIVIL NO. 96-2302(JAG)

Commonwealth of Puerto Rico,
<u>et al.</u>,

    **Defendants**

---

**JUDGMENT**

Pursuant to the Order entered on this date, the Court enters judgment **dismissing** the Complaint against all co-defendants.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of August 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge